UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Berrian,

       Plaintiff,

v.                                                  Civil No. 11-38 (JNE/JSM)
                                                   ORDER

Ronald R. Jones, Jane Doe, AKA Clarice
Lankford, Clinton Killian, Rachel Garner,
and Raymond Lankford,

       Defendants.

Bernard Berrian first named Rachel Garner and Raymond Lankford as defendants in the Second Amended Complaint, which was filed on October 19, 2011. More than 120 days have passed since October 19, and it appears that neither Garner nor Lankford has been served. Accordingly, the Court orders Berrian to show cause within seven days of the date of this Order why the action against Garner and Lankford should not be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m); *Carmona v. Ross*, 376 F.3d 829, 830 (8th Cir. 2004) (per curiam).

      IT IS SO ORDERED.

Dated: March 14, 2012

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge